UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM FIGURED, | CIVIL ACTION NO. 3:15-1340 |
| Plaintiff | |
| v. | (JUDGE MANNION) |
| CARRIZO (MARCELLUS), LLC, | |
| Defendant | |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the defendant's motion for summary judgment, (Doc. 25), is **GRANTED**; and

**(2)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 8, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1340-01-Order.docx